UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
MAGNOLIA AT HIGHLANDS EAST )
CONDOMINIUM ASSOCIATION, )   Case No. C11-1570RSL
)
                Plaintiff, )
    v. )
)   ORDER RENOTING MOTION FOR
ANY UNKNOWN SPOUSE, HEIRS )   APPROVAL OF RECEIVER'S BOND
OR DEVISEES OF GARRY L. )
PATRICK, *et al.*, )
)
                Defendants. )
_____ )

       This matter comes before the Court on "Plaintiff's Motion for Approval of Receiver's Bond." Dkt. # 8. The United States responded to the motion, noting only that the bond, which is payable to the Snohomish County Superior Court, must be amended now that the action has been removed to federal court. Plaintiff is working with its receiver on just such an amendment, but apparently needs additional time.

       The Clerk of Court is directed to renote plaintiff's motion for approval of the bond (Dkt. # 8) on the Court's calendar for Friday, November 18, 2011, to give plaintiff an opportunity to file a revised bond.

1         Dated this 3rd day of November, 2011.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER RENOTING MOTION FOR
APPROVAL OF RECEIVER'S BOND       -2-